96 A.3d 1024

James ANDERSON, Petitioner

v.

COURT OF COMMON PLEAS, et al., Respondent.

No. 54 EM 2014.

Supreme Court of Pennsylvania.

July 25, 2014.

## ORDER

PER CURIAM.

AND NOW, this 25th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the "Petition for Writ of Mandamus as Motion to Compel" and the Application for Leave to Supplement are **DENIED.**